**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 27 A 10 38

CLERK _____
SO. DIST. OF GA.

PAUL BENJAMIN GOIST,

      Petitioner,

      vs.

JOSE M. VASQUEZ, Warden,

      Respondent.

CIVIL ACTION NO.: CV205-074

# ORDER

Petitioner has filed a Request for Court to Take Judicial Notice that the Government's argument lacks substantial merit. (Doc. 20.) Petitioner's request is **DENIED**.

**SO ORDERED**, this _27th_ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE