IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8 A 11: 43

CLERK_____
S. DIST. OF GA.

PAUL BENJAMIN GOIST,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-074

### ORDER

Petitioner has again moved this Court to issue a Temporary Restraining Order and/or Preliminary Injunction. (Doc. 22.) In his motion, Petitioner is requesting that the Court issue such an Order to insure that Respondent and his agents cease their retaliatory conduct by "withholding" notarial services. Petitioner has made no showing of an exceptional circumstance wherein there is the possibility of irreparable injury and the Court is not inclined to issue a Restraining Order and/or Preliminary Injunction. Petitioner's request for waiver of security, costs, and bond is **dismissed**. Petitioner's Motion for issuance of a Temporary Restraining Order and/or Preliminary Injunction is **DENIED**.

SO ORDERED, this  8th  day of  July , 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)