IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL BENJAMIN GOIST,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-074

## ORDER

Petitioner has filed a Motion for Default in this action for habeas corpus relief. (Doc. 24.) He seeks a default judgment due to the Respondent's failure to respond to his Motion for Temporary Restraining Order and/or Preliminary Injunction. As the Court has denied Petitioner's motion for injunctive relief, his Motion for Default is **dismissed** as moot.

Additionally, Petitioner's "Petition for Writ of Habeas Corpus Ad Testificandum" (Doc. 23) is also **dismissed.** Petitioner's issues before this Court will be resolved in the usual course of business of the Court.

**SO ORDERED**, this 13th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

GOIST )

vs ) CASE NUMBER CV205-74

VASQUEZ )
) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/13/05, which is part of the official record of this case.

Date of Mailing: 7/13/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Amy Copeland
Paul Goist, 53614060, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate