FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 29 P 3:28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL BENJAMIN GOIST,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-074

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Goist asserts that the Magistrate Judge's Report fails to address properly his claim that his sentence violates the ex post facto clause of the Constitution. Goist also asserts that 28 U.S.C.A. § 2241, not 28 U.S.C.A. § 2255, provides the "proper vehicle" for challenging the execution of a sentence.

A review of Goist's pleadings reveals that he is, in fact, challenging the validity of his sentence and conviction. As the Magistrate Judge noted in his Report, Goist's petition, filed pursuant to § 2241, does not satisfy section 2255's savings clause. Accordingly, Goist is procedurally barred from proceeding in this Court pursuant to § 2241.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Goist's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 29th day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)