IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL BENJAMIN GOIST,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-074

## ORDER

As this action for habeas relief has been dismissed, Petitioner's "Motion for $4,000,000.00," "Motion for Notice of Discharge of Obligation in Full and Motion for Hearing," "Motion for Waiver of Fees, Fines and Costs," "Motion for Bond," and "Motion to Discharge Fees, Fines, Costs, Penalties and Public Debt Accruing from Case" are **DENIED**.

**SO ORDERED**, this 7th day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)